# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

**NATASHALYSSE MARTINEZ,**

              V.                      **SUMMONS IN A CIVIL CASE**

**PRESTIGE AUTO CARS, LLC, ET AL.,**

                                    CASE NUMBER: **3:21–CV–01195–KAD**

TO: **Capital One, National Association**
Defendant's Address:

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Daniel S. Blinn**
**Consumer Law Group**
**35 Cold Spring Rd., Suite 512**
**Rocky Hill, CT 06067**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ – J. Fazekas
*Signature of Clerk or Deputy Clerk*



**ISSUED ON 2021–09–08 12:45:32**, Clerk USDC CTD

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Capital One, National Assc.
was received by me on *(date)* 9/10/21.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)* Please see attached return to Court

My fees are $_____ for travel and $_____ for services, for a total of $_____ 0.00

I declare under penalty of perjury that this information is true.

Date: 9/13/21

Servers signature
Elizabeth J. Ostrowski
CT State Marshal
Printed name and title
PO Box 1219
Glastonbury CT 06033
Servers address

Additional information regarding attempted service, etc:

OFFICER'S RETURN TO COURT

State of Connecticut   )
                       )   ss. Hartford            September 13, 2021
County of Hartford     )

Then and by virtue hereof and by direction of the plaintiff's attorney, I made due and legal service upon the within named defendant, CAPITAL ONE, NATIONAL ASSOCIATION, by leaving a verified true and attested copy of the original **Summons in a Civil Case, Proof of Service, Complaint, Order on Pretrial Deadlines, Electronic Filing Order, Standing Protective Order, Notice to Counsel and Self Represented Parties, and Order Re: Disclosure Statement** with Deneen L. Seifel, person in charge of Corporation Service Company, Statutory Registered Agent for Service and duly authorized to accept service on behalf of the within named defendant, CAPITAL ONE, NATIONAL ASSOCIATION, at 100 Pearl Street, in said Town of Hartford.

And also, on the 17th day of September, 2021, I made due and legal service upon the within named defendant, PRESTIGE AUTO CARS, LLC by leaving a verified true and attested copy of the original **Summons in a Civil Case, Proof of Service, Complaint, Order on Pretrial Deadlines, Electronic Filing Order, Standing Protective Order, Notice to Counsel and Self Represented Parties, and Order Re: Disclosure Statement** with and in the hands of Dalian Domingas, person in charge and duly authorized to accept service on behalf of the within named defendant, PRESTIGE AUTO CARS, LLC, at 111A Christian Lane, in the Town of New Britain.

ELIZABETH J. OSTROWSKI
CONNECTICUT STATE MARSHAL
P.O. BOX 1219, GLASTONBURY, CT 06033-1219 • (860) 965-8463

The within is the original **Summons in a Civil Case, Proof of Service, Complaint, Order on Pretrial Deadlines, Electronic Filing Order, Standing Protective Order, Notice to Counsel and Self Represented Parties, and Order Re: Disclosure Statement** with my doings hereon endorsed.

Attest:

_____
Elizabeth J. Ostrowski
Connecticut State Marshal
Hartford County

State of Connecticut
County of Hartford
CONNECTICUT STATE MARSHAL

Fees:
| | |
|---|---|
| Service | $ 80.00 |
| Travel (30 mi.) | $ 16.80 |
| Verified Pages | $ 64.00 |
| Endorsements | $  6.00 |
| TOTAL | $166.80 |

ELIZABETH J. OSTROWSKI
CONNECTICUT STATE MARSHAL
P.O. BOX 1219, GLASTONBURY, CT 06033-1219 • (860) 965-8463